IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D&S ENTERTAINMENT, INC. D/B/A SHENANIGANS, ET AL. | § § § § § | |
| Plaintiffs, | | CIVIL ACTION NO. 4:12-CV-00199 |
| V. | § § § | |
| CITY OF HUNTSVILLE, TEXAS, ET AL. | § § § | JURY DEMANDED |
| Defendants. | | |

### CITY OF HUNTSVILLE, TEXAS'S CERTIFICATE OF INTERESTED PARTIES

Defendant City of Huntsville, Texas files its Certificate of Interested Parties under Federal Rule of Civil Procedure 7.1. The City submits the following list for consideration:

1. Plaintiff, Darrell Tarvin

2. Plaintiff, D&S Entertainment, Inc. d/b/a Shenanigans

3. Defendant, City of Huntsville, Texas

4. Defendant, Allwin Barrow

Respectfully Submitted,

CHAMBERLAIN, HRDLICKA, WHITE
 WILLIAMS & AUGHTRY

By:   /s/ Kellen R. Scott
William S. Helfand
Texas State Bar No. 09388250
Attorney-in-Charge
Kellen R. Scott
Texas State Bar No. 24070579
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 654-9630
(713) 658-2553 (Fax)

ATTORNEYS FOR DEFENDANT
CITY OF HUNTSVILLE, TEXAS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record by the District's ECF electronic messaging system, on this 27th day of January 2012, as follows:

David Hammit
Attorney at Law
109 South Madison Street
Madisonville, Texas 77864

/s/ Kellen R. Scott